UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:07-1250 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(e) |
| | ) | 21 U.S.C. § 841(a)(1) |
| v. | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| | ) | 21 U.S.C. § 846 |
| | ) | |
| ANDRE JAMAL TILLMAN | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

Beginning in or about July 2006, and continuing up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendant, ANDRE JAMAL TILLMAN, knowingly and intentionally did combine, conspire and agree with others both known and unknown to the grand jury, to knowingly, intentionally and unlawfully possess with intent to distribute and to distribute 50 grams or more of cocaine base (commonly known as "crack" cocaine), 500 grams or more of cocaine, both Schedule II controlled substances, and a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C) and 841(b)(1)(D);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about July 12, 2007, in the District of South Carolina, the Defendant, ANDRE JAMAL TILLMAN, knowingly, intentionally and unlawfully did possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance, and a quantity of marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 841(b)(1)(D).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

On or about July 12, 2007, in the District of South Carolina, the Defendant, ANDRE JAMAL TILLMAN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, a Smith and Wesson 9mm semi-automatic pistol and 9mm ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

On or about the July 12, 2007, in the District of South Carolina, the Defendant, ANDRE JAMAL TILLMAN, knowingly used and carried a firearm during and in relation to, and did possess a firearm in furtherance of, a drug trafficking crime, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A _____ TRUE _____ BILL

s/FOREPERSON
FOREPERSON

s/REGINALD I. LLOYD
REGINALD I. LLOYD (RCJ)
UNITED STATES ATTORNEY