AO 442 (Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

**UNITED STATES OF AMERICA**

v.

**ANDRE JAMAL TILLMAN**

(Name and Address of Defendant)

**WARRANT FOR ARREST**

**CASE NUMBER:** 1:07-1250

RECEIVED
USDC CLERK, COLUMBIA, SC
2008 FEB 27 A 9: 17

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ANDRE JAMAL TILLMAN**
                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   □ Information   □ Complaint   □ Order of court   □ Violation Notice   □ Probation Violation

charging him or her with (brief description of offense) violations of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), 924(c)(1)(A) and 924(e); Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 841(b)(1)(D) and 846.

For charges, see attached copy of Indictment; a copy of the Indictment is attached for service on the Defendant.

**LARRY W. PROPES**
Name of Issuing Officer

**LARRY W. PROPES**
Signature of Issuing Officer

(By) Deputy Clerk

BOND TO BE SET BY JUDICIAL OFFICER BEFORE WHOM
DEFENDANT INITIALLY APPEARS

**CLERK**
Title of Issuing Officer

OCTOBER 17, 2007; Columbia, South Carolina
Date and Location

**JOSEPH R. McCROREY**
by _____
Name of Judicial Officer
United States Magistrate Judge

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Columbia, SC (Writ) |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Brian Jones | |
| DATE OF ARREST 2/27/08 | | |