UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:07-1250 |
| | ) |
| v. | ) |
| | ) |
| ANDRE JAMAL TILLMAN | ) |

## INFORMATION REGARDING SENTENCING ENHANCEMENT

The United States of America, by and through its undersigned counsel, files this Information, thereby notifying Defendant, ANDRE JAMAL TILLMAN, that he is subject to increased penalties provided by Title 21, United States Code, Section 851, based on the following convictions:

Offense date: July 9, 1999
Case Number: 2000-GS-02-970
Indictment charges: Possession with intent to distribute Marijuana
Charges of conviction: Possession with intent to distribute Marijuana
Sentence: 5 years, suspended 3 years probation
Sentence date: June 27, 2000
Court: General Sessions, Aiken County, South Carolina

Offense date: January 10, 2001
Case Number: 2003-GS-02-693
Indictment charges: Distribution of crack cocaine 2nd
Charges of conviction: Distribution of crack cocaine 2nd
Sentence: 4 years
Sentence date: April 21, 2003
Court: General Sessions, Aiken County, South Carolina

Offense date: April 23, 2001
Case Number: 2003-GS-02-291
Indictment Charges: Distribution of crack cocaine 2nd
Charges of Conviction: Distribution of crack cocaine 2nd
Sentence: 4 years
Sentence date: April 21, 2003
Court: General Sessions, Aiken County, South Carolina

Based on these convictions, the Defendant is subject to enhanced penalties.

> Respectfully submitted,
>
> KEVIN F. McDONALD
> ACTING UNITED STATES ATTORNEY
>
> By: s/Robert C. Jendron, Jr.
> ROBERT C. JENDRON. JR., ID NO. 2159
> Assistant United States Attorney
> 1441 Main St., Suite 500
> Columbia, SC 29201
> Telephone: (803) 929-3063

September 12, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.1:07-1250 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRE JAMAL TILLMAN | ) | <u>CERTIFICATE OF SERVICE</u> |

As attorney of record, on April 24, 2008, I caused to be served one true and correct copy of the attached **INFORMATION REGARDING SENTENCING ENHANCEMENT** via the court's e-noticing system, but if that means failed, then by regular mail, on the following persons(s):

        Katherine E. Evatt, Esquire
        Assistant Federal Public Defender
        1901 Assembly Street, Suite 200
        Columbia, South Carolina 29201


        By: <u>s/Robert C. Jendron, Jr.</u>
            Robert C. Jendron, Jr., ID No.  7258
            Assistant U. S. Attorney
            1441 Main Street, Suite 500
            Columbia, South Carolina 29201
            (803)  929-3063