Dear Judge Seymour

CARE ACT

I'm writing to find out if there is anything in the Care Act that would allow me to petition the court for some relief such as a reduction in my sentence, if so it would be greatly appreciated if I could recieve some assistance in this matter. Thank You

~~This is the~~

Sincerely,

Andre Tillman

*Andre Tillman*

RECEIVED
USDC CLERK, COLUMBIA, SC
2020 JUN 15 AM 11:03