Dear Judge Seymour,

I'm writing to you because I would like to petition the court for a downward variance under "Booker". I know I was sentenced after Booker, but I believe that a sentence adjustment may be warranted, at least I hope. After being designated as a "Career Offender" my guideline range was 262 mths - 327 mths for which I recieved 262mths, for A 924 c offense (poss. of firearm while drug trafficking) possession of a firearm. I believe that the "Career Offender" tag over represents my criminal history for the reasons stated

1) My first conviction was for poss. of marijauna w/intent to distribute which amounted to a few "Dime" bags of weed, said offense occurred at the age of 17 for which I recieved A YoA sentence reduced to probation.

2) My 2nd prior felony is for distribution of crack which amounted to a 40$ dollar "Rock" for which I recieved 4yrs in the department of Corrections.

My instant offense included under a ounce of weed and a ounce of cocaine and a firearm. All of my prior offenses occurred between the ages of 17-19yrs old. At most I believe one could say I was a misguided youth by my upbringing. At sentencing my lawyer did not argue that I was a low-level drug offender and that my criminal history wasn't that of a hardend "Career" criminal, or that I had only been to prison one time my entire life. I believe that the 3553 factors could have been satisfied with an lower sentence than 262mths for being deemed as a career offender.

Since my incarceration I've completed many educational and rehabilitating programs, including drug classes vocational classes for welding and industrial cleaning. I've taken a mail correspondece course for "social psychology" also.

As for my institutional record I have only (1) infraction where me and another inmate got into a minor altercation, and thats from 2009 to May 2021. I would say I've done well in showing that my behavior as well as my decision making has changed and matured. I would also like to ask that, if petitioning for a sentence adjustment under a "Booker" downward variance isn't the right avenue for me to take, that my petition be applied or recieved in any way that is the proper legal way. I'm not adept in legal matters. Thank you

RECEIVED
USDC CLERK, COLUMBIA, SC
2021 JUL 28  AM 10: 57